E-FILED
Wednesday, 02 April, 2025 02:41:47 PM
Clerk, U.S. District Court, ILCD

FILED

APR 02 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| BRANDI CASSADAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:24-cv-04173 |
| | ) | |
| v. | ) | |
| | ) | |
| 3M COMPANY, A DELAWARE CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Jeffrey J. Neppl, for THE NEPPL LAW CENTRE, and respectfully moves this Court for permission to withdraw as counsel of record for BRANDI CASSADAY in the above-captioned case, for the following reasons:

1. Jeffrey Neppl and The Neppl Law Centre was retained to represent BRANDI CASSADAY in filing claims against 3M Company in state, not federal, Court.

2. Based upon years of prior representation of Ms. Cassaday in State Court, as well as other recent events, Counsel for Ms. Cassaday reasonably believes that if this Court does not grant this Motion to Withdraw, the undersigned's representation of Ms. Cassaday may result in a violation of the Rules of Professional Conduct.

3. Further, the undersigned reasonably believes that:

   a) Ms. Cassaday has persisted in a course of action that, upon information and belief, may be criminal or fraudulent;

   b) Ms. Cassaday has insisted upon taking action that the undersigned considers repugnant or with which the undersigned does not agree;

c) Ms. Cassaday has failed to fulfill her obligations to the undersigned regarding his services and has been given reasonable warning that the undersigned will withdraw;

d) Continued representation will result in an unreasonable financial burden on the undersigned; and

e) The attorney/client relationship between BRANDI CASSADAY and attorney Jeffrey Neppl, for The Neppl Law Centre, has been irreversibly impaired and is no longer beneficial to BRANDI CASSADAY and attorney Jeffrey Neppl, or The Neppl Law Centre, and as it is in the best interest of all concerned that Motion to be allowed.

3. That the undersigned never was retained to represent BRANDI CASSADAY once this case was transferred to the United States District Court for the Central District of Illinois.

4. Further, BRANDI CASSADAY has caused the undersigned significant emotional distress, as well as causing the undersigned significant professional and economic harm in the recent past. Indeed, Attorney Jeffrey Neppl has had no contact with BRANDI CASSADAY since the latter part of 2024, and, indeed, does not know her current whereabouts and only can speculate as to her current physical address. Therefore, counsel only can notify BRANDI CASSADAY of this pending motion by mailing a copy of the same to her last known physical address and last known email address.

5. Counsel anticipates that BRANDI CASSADAY will be able to retain new counsel in a timely manner.

WHEREFORE, Jeffrey J. Neppl and THE NEPPL LAW CENTRE respectfully requests

that this Court grant this motion and allow Jeffrey J. Neppl and THE NEPPL LAW CENTRE to withdraw as counsel of record for BRANDI CASSADAY in the above-captioned case.

RESPECTFULLY SUBMITTED:

By: *<u>/s/ Jeffrey Neppl</u>*

Jeffrey J. Neppl
Attorney at Law
The Neppl Law Centre
940 - 22nd Street
Moline, IL 61265
Ph – (309) 553-4529
Email: NepplLawProfessionals@outlook.com